UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON GARMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-02460-JPH-KMB |
| ) | |
| CALVIN QUARRIER, et al., ) | |
| ) | |
| Defendants. ) | |

**Order Screening Complaint and Directing Service of Process**

Plaintiff Jason Garmon is a prisoner currently incarcerated at Pendleton Correctional Facility. He alleges in this civil rights suit that the defendants violated his constitutional rights when they assaulted him while he was restrained and failed to provide him access to medical care for his injuries. Because the plaintiff is a "prisoner," this Court has an obligation to screen the complaint before service on the defendants. 28 U.S.C. § 1915A(a), (c).

**I. Screening Standard**

When screening a complaint, the Court must dismiss any portion that is frivolous or malicious, fails to state a claim for relief, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). To determine whether the complaint states a claim, the Court applies the same standard as when addressing a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). *See Schillinger v. Kiley*, 954 F.3d 990, 993 (7th Cir. 2020). Under that standard, a complaint must include "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662,

1

678 (2009). The Court construes *pro se* complaints liberally and holds them to a "less stringent standard than formal pleadings drafted by lawyers." *Cesal v. Moats*, 851 F.3d 714, 720 (7th Cir. 2017).

## II. The Complaint

The complaint names four defendants: Correctional Officers Calvin Quarrier, Shaunacy Edmonds, Matthew Sigler, and Zackary Fawver. Mr. Garmon alleges that on the evening of August 18, 2022, Officers Edmonds, Sigler, and Fawver pinned him down on a mental bunk with his hands cuffed behind his back while Officer Quarrier punched him in the face 8-10 times. One of the officers bent his fingers back to inflict pain. Officer Howard filmed the incident. After the assault was over, Mr. Garmon was denied medical treatment. He seeks money damages and injunctive relief.

## III. Discussion of Claims

Mr. Garmon's Eighth Amendment claims of excessive force, failure to protect, and deliberate indifference shall proceed against all four defendants. *Yang v. Hardin*, 37 F.3d 282, 285 (7th Cir. 1994) (Officer who fails to intervene to prevent other officers' violation of inmate's rights is liable under § 1983 if that officer had a realistic opportunity to prevent the harm.)

This summary of claims includes all the viable claims identified by the Court. If the plaintiff believes that additional claims were alleged in the complaint, but not identified by the Court, he shall have **through April 7, 2023,** in which to identify those claims.

## IV. Service of Process

The **clerk is directed** pursuant to *Fed. R. Civ. P.* 4(c)(3) to issue process to the defendants in the manner specified by Rule 4(d). Process shall consist of the complaint (dkt. [1]), applicable

forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Order.

The **clerk is directed** to serve the Indiana Department of Correction employees electronically.

Nothing in this Order prohibits the filing of a proper motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: 3/13/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JASON GARMON
156417
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

Electronic service to Indiana Department of Correction:
    Calvin Quarrier
    Shaunacy Edmonds
    Matthew Sigler
    Zackary Fawver
        (All at Pendleton Correctional Facility)